EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 3 0 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,           )<br>                               )<br>                               )<br>     vs.                       )<br>                               )<br> ERIC LUK,              (01)   )<br>                               )<br>          Defendant.           )<br>                               )<br>_____) | CR. NO. 03 00203 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. § 1542] |

INDICTMENT

INDICTMENT

The Grand Jury charges that:

On or about January 17, 2003, in the County of Maui, State and District of Hawaii, ERIC LUK did willfully and knowingly make a false statement in an application for passport with the intent to induce and secure the issuance of a passport under authority of the United States, for use by another, contrary to the laws regulating the issuance of passports.

All in violation of Title 18, United States Code Section 1542.

DATED: April 30, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney

UNITED STATES v. ERIC LUK; Cr. No. _____;
"INDICTMENT"