EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 7 2003

at __ o'clock and __ min.__ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00203 SOM |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| ERIC LUK, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant Eric Luk on the ground(s) that the case lacks prosecutive merit.

The defendant is released on his own recognizance on the dismissed charge listed above.

DATED: Honolulu, Hawaii, 8/26/03

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
SUSAN OKI MOLLWAY
United States District Judge

United States v. Luk
Cr. No. 03-00203 SOM
"Order for Dismissal"

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served by U.S. mail, first class, postage prepaid, upon the following persons on ___Aug. 26___, 2003, as set forth below:

BARRY D. EDWARDS, ESQ.
1431 Alencastre Street
Honolulu, HI  96816
    Attorney for Defendant
    ERIC LUK

DATED: ___Aug 26___, 2003, at Honolulu, Hawaii.